**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LIDIA ARAICA-GRANADOS, a.k.a. Josefa Miriam Araica-Granados, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-73227 <br><br> Agency No. A072-867-794 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before:     PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Lidia Araica-Granados, a native and citizen of Nicaragua, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her motion to reopen and to reconsider. We

dismiss the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Araica-Granados contends that she is prima facie eligible for a waiver under 8 U.S.C. § 1182(i) because her removal would cause extreme hardship to her United States citizen spouse.  We lack jurisdiction to review the agency's denial of discretionary relief under 8 U.S.C. § 1182(i).  *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Nath v. Gonzales*, 467 F.3d 1185, 1188 (9th Cir. 2006).

**PETITION FOR REVIEW DISMISSED.**

09-73227